C. A. SMITH *vs*. INHABITANTS OF TOWN OF EXETER.

Penobscot County. Decided October 27, 1913. There are two counts in the plaintiff's writ. The first count is on an account annexed for services of horses and men in breaking out a certain road in defendant town from January 9, 1912, to February 29, 1912, amounting to $38.14. The second count is brought to recover damages under the provisions of Sec. 62, Ch. 23, Revised Statutes, which reads as follows:

"When any ways are blocked or encumbered with snow, the road commissioner shall forthwith cause so much of it to be removed or trodden down, as will render them passable. The town may direct the manner of doing it. In case of sudden injury to ways or bridges, he shall, without delay, cause them to be repaired. And all damage accruing to a person in his business or property, through neglect of such road commissioner or the municipal officers of such town, to so render passable ways that are blocked or encumbered with snow, within a reasonable time, may be recovered of such town by a special action on the case."

A verdict of $62 was returned for the plaintiff and the case comes up on defendants' motion for a new trial.

The plaintiff was clearly not entitled to recover anything under the first count. The services there sued for were admittedly rendered by the plaintiff without authority or direction of the town or of any person or official authorized to bind the town therefor, and accordingly it must be assumed that the jury were instructed that the town was not liable for those services. The verdict must there-

fore, be considered as rendered under the second count. Motion overruled. *P. A. Smith,* for plaintiff. *F. W. Halliday and D. I. Gould,* for defendant.